UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

KEN FELDMAN,

Plaintiff,

vs.                                                            Case No.: 10-61625-civ-Zloch/Rosenbaum

ENHANCED RECOVERY
COMPANY, LLC,

Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
 WITH PREJUDICE**

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: September 29, 2010                 Respectfully submitted,

                                          /s Andrew I. Glenn
                                          Andrew I. Glenn
                                          E-mail:  AGlenn@cardandglenn.com
                                          Florida Bar No.:  577261
                                          J. Dennis Card, Jr.
                                          E-mail:DCard@cardandglenn.com
                                          Florida Bar No.  0487473
                                          Card & Glenn, P.A.
                                          2501 Hollywood Boulevard, Suite 100
                                          Hollywood, Florida 33020
                                          Telephone:  (954) 921-9994
                                          Facsimile:   (954) 921-9553
                                          Attorneys for Plaintiff