UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61625-CIV-ZLOCH

KEN FELDMAN,

    Plaintiff,

vs.   **FINAL ORDER OF DISMISSAL**

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

THIS MATTER is before the Court upon the Notice Of Voluntary Dismissal With Prejudice (DE 4) filed herein by Plaintiff, Ken Feldman. The Court has carefully reviewed said Notice and the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Notice Of Voluntary Dismissal With Prejudice (DE 4) filed herein by Plaintiff, Ken Feldman, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

3. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   29th   day of September, 2010.

                                  WILLIAM J. ZLOCH
                                  United States District Judge

Copy furnished:
Andrew I. Glenn, Esq.